IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARWIN MICHAEL WILLIAMS,
    Plaintiff,

v.                                           Case No.: 3:19cv2918/LAC/EMT

ANDREW SAUL,
Commissioner of the Social
Security Administration,
    Defendant.
_____/

## O R D E R

        This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 15, 2020 (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

        Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2.    The Commissioner's Motion to Dismiss or in the Alternative Motion

for Summary Judgment (ECF No. 12) is **GRANTED**.

3.	The judgment will be entered accordingly and the clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of July, 2020.

	_s/L.A. Collier_	
	**LACEY A. COLLIER**
	**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv2918/LAC/EMT